**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (030204)
Christopher J. Bendau (032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Facsimile: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
       chris@bendaulaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Servando Alarcon, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Angry Crab Shack Corporation, et al.,<br><br>　　　　　　Defendants. | No. 2:18-CV-02207-SMM<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, Servando Alarcon, Gregory Garcia, Freya O'Keefe, and Mary Pineda, by and through undersigned counsel, give notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendants. Rule 41(a)(1)(A) provides "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Plaintiffs filed their initial Complaint on July 12, 2018 (Doc. 1). Defendants had not yet made an appearance or answered the Complaint.

Accordingly, Plaintiffs voluntarily dismiss, with prejudice, this action in its entirety.

1  DATED this 27th Day of September, 2018.

2                                          BENDAU & BENDAU PLLC

4                                          /s/ *Clifford P. Bendau, II*
                                           Clifford P. Bendau, II
                                           Attorney for Plaintiffs

6871127v1/26759-0006

**Certificate of Service**

I certify that on this 27th day of September, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties by operation of the Court's electronic filing system. The Parties may access this filing through the Court system. I further certify that I have dispatched the attached document via first class mail to the following parties:

> Angry Crab Shack Corporation,
> AC Ahwatukee, LLC,
> AC East Mesa, LLC,
> AC Goodyear, LLC,
> AC Peoria, LLC,
> Andrew Diamond and Jane Doe Diamond
> Dan Sevilla and Jane Doe Sevilla
> David Eng and Jane Doe Eng
> Jason Lopez and Jane Doe Lopez, via
> Andrew Diamond
> 2740 E. Alma School Rd.
> Mesa, AZ 85210
>
> Angry Crab Shack BBQ LLC, and
> Ronald Lou and Jane Doe Lou, via
> Ronald Lou
> 2390 W. Megan St.
> Chandler, AZ 85224
>
> Angry Crab Franchise LLC, via
> Gallagher & Kennedy, P.C.
> Attn: Jodi Bohr
> 2475 E. Camelback Rd., Ste. 1100
> Phoenix, AZ 85016

/s/ *Clifford P. Bendau, II*
Attorney for Plaintiffs

3

6871127v1/26759-0006